# Collective Exhibit A



# COLLINS SIGNS

4255 Napier Field Road
Post Office Box 1253
Dothan, Alabama 36302
Telephone (334) 983-8000   Fax (334) 983-1379

** Duplicate *

REMIT TO:
COLLINS SIGNS, INC.
P.O. BOX 830674
BIRMINGHAM, AL 35283-0674

Page: 1

| ORDER # | SHIP # | LOC. | SHIP VIA | COL/PPD | BILL | INVOICE # |
|---|---|---|---|---|---|---|
| CVS3745 | 3745 | 10 | | CVSAZ | BILL | 27827 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| | | CVSAZ | PROJECT #27566 | | | 09/26/2002 |

Sold-to:
SIMAC CONSTRUCTION
ATTN:
15938 BERNARDO CENTER DR
SAN DIEGO, CA 92127 (USA)

Site Loc:
CVS #3745
10727 W OLIVE
PEORIA, AZ 85345 (USA)



| LINE | ITEM # / DESCRIPTION | JOB | QTY ORDERED | SHIPPED | BACKORDERED | PRICES UNIT | EXTENDED | NET |
|---|---|---|---|---|---|---|---|---|
| 1 | CVS3631 4'X8' DF MONUMENT SIGN@8' OAH W/TOP CAP BRICK MFG (1) CUSTOM 8' OAH MONUMENT SIGN | | | | | | 6745.00 | 6745.00 |
| 2 | CVS3631 4'X8' DF MONUMENT SIGN@8' OAH W/TOP CAP BRICK MFG (1) CUSTOM 8' OAH MONUMENT SIGN | | | | | | 6745.00 | 6745.00 |
| 3 | CVS105 30" CVS PHARMACY CHANNEL LTRS MFG (1) SET OF 30" CVS/PHARMACY CHL LTRS | | | | | | 3110.00 | 3110.00 |
| 4 | CVS105 30" CVS PHARMACY CHANNEL LTRS MFG (1) SET OF 30" CVS/PHARMACY CHL LTRS | | | | | | 3110.00 | 3110.00 |
| 5 | CVS086 18" MOLDED LTRS "FOOD SHOPPE" | | | | | | 600.00 | 600.00 |

TERMS:

INVOICE TOTAL



# COLLINS SIGNS

4255 Napier Field Road
Post Office Box 1253
Dothan, Alabama 36302
Telephone (334) 983-8000    Fax (334) 983-1379

** Duplicate *

REMIT TO:

COLLINS SIGNS, INC.
P.O. BOX 830674
BIRMINGHAM, AL 35283-0674

Page: 2

| ORDER # | SHIP | LOC | SHIP VIA | | COD/PPD | | INVOICE # |
|---|---|---|---|---|---|---|---|
| CVS3745 | 3745 | 10 | | | CVSAZ | BILL | 27827 |
| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | | JOB # | SLS | DATE |
| | | CVSAZ | PROJECT #27566 | | | | 09/26/2002 |

Sold-to:
SIMAC CONSTRUCTION
ATTN:
15938 BERNARDO CENTER DR
SAN DIEGO, CA 92127 (USA)

Site Loc:
CVS #3745
10727 W OLIVE
PEORIA, AZ 85345 (USA)



TERMS:    INVOICE TOTAL



# COLLINS SIGNS

4255 Napier Field Road
Post Office Box 1253
Dothan, Alabama 36302
Telephone (334) 983-8000    Fax (334) 983-1379

** Duplicate *

REMIT TO:
COLLINS SIGNS, INC.
P.O. BOX 830674
BIRMINGHAM, AL 35283-0674

Page: 3

| ORDER # | SHIP # | LOC | SHIP VIA | COL/PPD | INVOICE # |
|---|---|---|---|---|---|
| CVS3745 | 3745 | 10 | | CVSAZ   BILL | 27827 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| | | CVSAZ | PROJECT #27566 | | | 09/26/2002 |

Sold-to:
SIMAC CONSTRUCTION
ATTN:
15938 BERNARDO CENTER DR
SAN DIEGO, CA 92127 (USA)

Site Loc:
CVS #3745
10727 W OLIVE
PEORIA, AZ 85345 (USA)



TERMS:    INVOICE TOTAL



# COLLINS SIGNS

4255 Napier Field Road
Post Office Box 1253
Dothan, Alabama 36302
Telephone (334) 983-8000   Fax (334) 983-1379

** Duplicate *

REMIT TO:
COLLINS SIGNS, INC.
P.O. BOX 830674
BIRMINGHAM, AL 35283-0674

Page: 4

| ORDER # | SHIP # | LOC | SHIP VIA | | COL/PPD | INVOICE # |
|---|---|---|---|---|---|---|
| CVS3745 | 3745 | 10 | | CVSAZ | BILL | 27827 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| | | CVSAZ | PROJECT #27566 | | | 09/26/2002 |

Sold-to:
SIMAC CONSTRUCTION
ATTN:
15938 BERNARDO CENTER DR
SAN DIEGO, CA 92127 (USA)

Site Loc:
CVS #3745
10727 W OLIVE
PEORIA, AZ 85345 (USA)



| LINE SEQ | ITEM NO / DESCRIPTION | JOB | QTY ORDERED | SHIPPED | BACKORDERED | PRICE | UNIT | EXTENDED | NET |
|---|---|---|---|---|---|---|---|---|---|
| | MFG (1) DBL DIRECTIONAL | | | | | | | | |
| 16 | CVS327 3.4 X 2.0 "ENTER" DIRECTIONAL SIGN MFG (1) ENTER DIRECTIONAL | | | | | | | 790.00 | 790.00 |
| 17 | CVS495 STORE HOUR BOARD 22" X 18" FOR CVS STORE HOURS BOARD | | | | | | | 285.00 | 285.00 |
| 18 | CVS763 2'X 5' BANNER "1 HOUR PHOTO" MFG (1) 2 X 5 1 HR PHOTO POLE BANNER | | | | | | | 345.00 | 345.00 |
| 19 | CVS769 2' X 5' BANNER "1 HOUR PHOTO" MFG (1) 2 X 5 1 HR PHOTO POLE BANNER | | | | | | | 345.00 | 345.00 |

TERMS:

INVOICE TOTAL



# COLLINS SIGNS

4255 Napier Field Road
Post Office Box 1253
Dothan, Alabama 36302
Telephone (334) 983-8000  Fax (334) 983-1379

** Duplicate *
REMIT TO:
COLLINS SIGNS, INC.
P.O. BOX 830674
BIRMINGHAM, AL 35283-0674

Page: 5

| ORDER # | SHIP # | LOC | SHIP VIA | | COL/PPD | INVOICE # |
|---|---|---|---|---|---|---|
| CVS3745 | 3745 | 10 | | CVSAZ | BILL | 27827 |
| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB | SLS | DATE |
| | | CVSAZ | PROJECT #27566 | | | 09/26/2002 |

Sold-to:
SIMAC CONSTRUCTION
ATTN:
15938 BERNARDO CENTER DR
SAN DIEGO, CA 92127 (USA)

Site Loc:
CVS #3745
10727 W OLIVE
PEORIA, AZ 85345 (USA)



| LINE SEQ | ITEM NO. DESCRIPTION | UOM | QTY ORDERED PRICES | SHIPPED UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|
| 20 | CVS764 2' X 5' BANNER "DRIVE THRU" MFG (1) 2 X 5 DRIVE THRU PHARMACY POLE BANNER | | | | 45.00 | 45.00 |
| 21 | CVS764 2' X 5' BANNER "DRIVE THRU" MFG (1) 2 X 5 DRIVE THRU PHARMACY POLE BANNER | | | | 45.00 | 45.00 |
| 22 | CVS765 2' X 5' BANNER "FOOD SHOPPE" MFG (1) 2 X 5 FOOD SHOPPE POLE BANNER | | | | 45.00 | 45.00 |
| 23 | CVS765 2' X 5' BANNER "FOOD SHOPPE" | | | | 45.00 | 45.00 |

TERMS:                INVOICE TOTAL



## COLLINS SIGNS

4255 Napier Field Road
Post Office Box 1253
Dothan, Alabama 36302
Telephone (334) 983-8000   Fax (334) 983-1379

\*\* Duplicate \*

REMIT TO:
COLLINS SIGNS, INC.
P.O. BOX 830674
BIRMINGHAM, AL 35283-0674

Page: 6

| ORDER | SHIP # | LOC | SHIP VIA | COL PPD | | INVOICE |
|---|---|---|---|---|---|---|
| CVS3745 | 3745 | 10 | | CVSAZ | BILL | 27827 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| | | CVSAZ | PROJECT #27566 | | | 09/26/2002 |

Sold-to:
SIMAC CONSTRUCTION
ATTN:
15938 BERNARDO CENTER DR
SAN DIEGO, CA 92127 (USA)

Site Loc:
CVS #3745
10727 W OLIVE
PEORIA, AZ 85345 (USA)



| LINE | ITEM NO. / DESCRIPTION | QTY ORDERED | SHIPPED | BACKORDERED | PRICES UNIT | EXTENDED | NET |
|---|---|---|---|---|---|---|---|
| 24 | STD2700 CRATING — CRATING FOR SIGN PACKAGE | | | | | 421.00 | 421.00 |
| 25 | CVS330 CVS BANNER 3 X 12 "COMING SOON" MFG (1) 3 X 12 "COMING SOON" BANNER | | | | | 99.76 | 99.76 |
| 26 | CVS380 CVS BANNER 3 X 12 "COMING SOON" MFG (1) 3 X 12 COMING SOON BANNER | | | | | 99.76 | 99.76 |
| 27 | CVS373 4 X 6 "NOW OPEN" BANNERS MFG (1) 4 X 6 NOW OPEN BANNER | | | | | 81.90 | 81.90 |
| 28 | CVS373 4 X 6 "NOW OPEN" BANNERS MFG (1) 4 X 6 NOW OPEN BANNER | | | | | 81.90 | 81.90 |

Items Subtotal   29994.32
Tax              2129.60

**TERMS:** NET 45   **INVOICE TOTAL** ➡   32123.92

Post Office Box 1253
Dothan, Alabama 36302
Telephone (334) 983-8000  Fax (334) 983-1379

PITTSBURGH, PA 15264-3298

| ORDER # | SHIP # | LOC | SHIP VIA | | COL/PPD | INVOICE # |
|---|---|---|---|---|---|---|
| CVS3435 | 3436 | 10 | | CVSAZ | BILL | 28064 |
| ORDER DATE | SHIP DATE | | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
| | | | CVSAZ | PROJECT #27567 | | | 10/04/2002 |

Sold-to:
SIMAC CONSTRUCTION
ATTN:
15938 BERNARDO CENTER DR
SAN DIEGO, CA 92127 (USA)

Site Loc:
CVS #3436
SEC GUADALUPE & SOSSAMAN
MESA, AZ 85201 (USA)

| LINE SEQ # | ITEM NO DESCRIPTION | UOM | QTY'S ORDERED PRICES | SHIPPED UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|
| 1 | STD2200 INSTALL INSTALLATION OF (2) SETS OF 36" CHNL LTRS, (1) SET OF 5" DRIVE-THRU PHARMACY LTRS, (1) SET OF 7" ENTER & EXIT LTRS, (1) INFO PANEL, (1) STORE HOURS BOARD, (1) PU/DO PANEL AND 14 DIRECTIONALS | | | | 8163.00 | 8163.00 |
| 2 | STD2800 FREIGHT (COLLINS TRUCK) FREIGHT FOR SIGN PACKAGE | | | | 6405.00 | 6405.00 |
| 3 | STD2100 PERMITS PERMIT AND ACQUISITION FEES | | | | 500.00 | 500.00 |
| 4 | STD2200 INSTALL TWO EXTRA TRIP CHARGES TO CHECK OUTAGE IN SIGNS - BOTH TIMES CIRCUITS HAD BEEN PLACED ON THE OFF POSITION | | | | 1433.00 | 1433.00 |
| 5 | STD1101 PROJECT MANAGEMENT PROGRAM MANAGEMENT FEES | | | | 2625.00 | 2625.00 |

TERMS:  INVOICE TOTAL

Bal $6158.99



# COLLINS SIGNS

4255 Napier Field Road
Post Office Box 1253
Dothan, Alabama 36302
Telephone (334) 983-8000   Fax (334) 983-1379

REMIT TO:
COLLINS SIGNS, INC.
P.O. BOX 643298
PITTSBURGH, PA 15264-3298

Page:

| ORDER # | SHIP # | LOC | SHIP VIA | COL/PPD | INVOICE # |
|---|---|---|---|---|---|
| CVS3436 | 3436 | 10 | | CVSAZ  BILL | 28064 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| | | CVSAZ | PROJECT #27567 | | | 10/04/2002 |

Sold-to:
IMAC CONSTRUCTION
ATTN:
5938 BERNARDO CENTER DR
SAN DIEGO, CA. 92127 (USA)

Site Loc:
CVS #3436
SEC GUADALUPE & SOSSAMAN
MESA, AZ 85201 (USA)

| LINE SEQ | ITEM NO. DESCRIPTION | UOM | QTY'S ORDERED SHIPPED BACKORDERED | PRICES: UNIT | EXTENDED | NET |
|---|---|---|---|---|---|---|
| | STD2500 PROJECT MANAGEMENT ADMINISTRATIVE FEES | | | | 800.00 | 800.00 |
| 7 | STD2201 REMOVAL REMOVED AND DISPOSED OF TEMPORARY SIGNS PER SITE SUPERINTENDENT | | | | 410.00 | 410.00 |
| 8 | STD2902 MEETING TIME AND EXPENSES TO ATTEND DRB MEETING ON 8/17/01 | | | | 1220.00 | 1220.00 |
| 9 | STD2902 MEETING TIME AND EXPENSES TO ATTEND DRB MEETING ON 9/11/01 | | | | 1150.00 | 1150.00 |
| 10 | STD2902 MEETING TIME AND EXPENSES TO ATTEND DRB MEETING ON 11/13/01 | | | | 1075.00 | 1075.00 |

PAID
DEC 30 2002
BY: 12602-26
Ck# 75559

Items Subtotal: 23761.25
Tax:

| TERMS: | NET 45 | INVOICE TOTAL | 23761.25 |

Bal $6,158.99



# COLLINS SIGNS

4255 Napier Field Road
Post Office Box 1253
Dothan, Alabama 36302
Telephone (334) 983-8000   Fax (334) 983-1379

** Duplicate **

REMIT TO:
COLLINS SIGNS, INC.
P.O. BOX 830674
BIRMINGHAM, AL 35283-0674

Page: 1

| ORDER # | SHIP # | LOC | SHIP VIA | COL/PPD | BILL | INVOICE # |
|---|---|---|---|---|---|---|
| CVS3745 | 3745 | 10 | | CVSAZ | BILL | 29793 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| | | CVSAZ | PROJECT #27566 | | | 01/08/2003 |

Sold-to:
SIMAC CONSTRUCTION
ATTN:
15938 BERNARDO CENTER DR
SAN DIEGO, CA 92127 (USA)

Site Loc:
CVS #3745
10727 W OLIVE
PEORIA, AZ 85345 (USA)





# COLLINS SIGNS

4255 Napier Field Road
Post Office Box 1253
Dothan, Alabama 36302
Telephone (334) 983-8000   Fax (334) 983-1379

** Duplicate *
REMIT TO:
COLLINS SIGNS, INC.
P.O. BOX 830674
BIRMINGHAM, AL 35283-0674

Page: 2

| ORDER # | SHIP # | LOC | SHIP VIA | | COL PPD | INVOICE # |
|---|---|---|---|---|---|---|
| CVS3745 | 3745 | 10 | | CVSAZ | BILL | 29793 |
| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
| | | CVSAZ | PROJECT #27566 | | | 01/08/2003 |

Sold-to:
SIMAC CONSTRUCTION
ATTN:
15938 BERNARDO CENTER DR
SAN DIEGO, CA 92127 (USA)

Site Loc:
CVS #3745
10727 W OLIVE
PEORIA, AZ 85345 (USA)





## COLLINS SIGNS

4255 Napier Field Road
Post Office Box 1253
Dothan, Alabama 36302
Telephone (334) 983-8000    Fax (334) 983-1379

** Duplicate *

REMIT TO:
COLLINS SIGNS, INC.
P.O. BOX 830674
BIRMINGHAM, AL 35283-0674

Page: 3

| ORDER | SHIP # | LOC | SHIP VIA | COL/PPD | INVOICE # |
|---|---|---|---|---|---|
| CVS3745 | 3745 | 10 | | CVSAZ    BILL | 29793 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS # | DATE |
|---|---|---|---|---|---|---|
| | | CVSAZ | PROJECT #27566 | | | 01/08/2003 |

Sold-to:
SIMAC CONSTRUCTION
ATTN:
15938 BERNARDO CENTER DR
SAN DIEGO, CA 92127 (USA)

Site Loc:
CVS #3745
10727 W OLIVE
PEORIA, AZ 85345 (USA)



TERMS:    INVOICE TOTAL