

# COLLINS SIGNS

4255 Napier Field Road
Post Office Box 1253
Dothan, Alabama 36302
Telephone (334) 983-6000   Fax (334) 983-1379

** Duplicate *
REMIT TO:
COLLINS SIGNS, INC.
P.O. BOX 830674
BIRMINGHAM, AL 35283-0674

Page: 4

| ORDER # | SHIP # | LOC | SHIP VIA | | COL/PPD | INVOICE |
|---|---|---|---|---|---|---|
| CVS3745 | 3745 | 10 | | CVSAZ | BILL | 29793 |
| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
| | | CVSAZ | PROJECT #27566 | | | 01/08/2003 |

Sold-to:
SIMAC CONSTRUCTION
ATTN:
15938 BERNARDO CENTER DR
SAN DIEGO, CA 92127 (USA)

Site Loc:
CVS #3745
10727 W OLIVE
PEORIA, AZ 85345 (USA)



| LINE SEQ | ITEM NO / DESCRIPTION | QTY ORDERED | SHIPPED | BACKORDERED | PRICE | UNITS | EXTENDED | NET |
|---|---|---|---|---|---|---|---|---|
| | 8" ACRYLIC PLATE LETTERS "6" | | | | | | | |
| | MFG (1) 8" RED ACRYLIC NUMBER 7 | | | | | | | |
| 16 | CVS3577 | | | | | | 55.00 | 55.00 |
| | 8" ACRYLIC PLATE LETTERS "6" | | | | | | | |
| | MFG (1) 8" RED ACRYLIC NUMBER 7 | | | | | | | |
| 17 | CVS3577 | | | | | | 55.00 | 55.00 |
| | 8" ACRYLIC PLATE LETTERS "6" | | | | | | | |
| | MFG (1) 8" RED ACRYLIC NUMBER 7 | | | | | | | |
| 18 | CVS3577 | | | | | | 55.00 | 55.00 |
| | 8" ACRYLIC PLATE LETTERS "6" | | | | | | | |
| | MFG (1) 8" RED ACRYLIC NUMBER 7 | | | | | | | |
| 19 | CVS3577 | | | | | | 55.00 | 55.00 |
| | 8" ACRYLIC PLATE LETTERS "6" | | | | | | | |
| | MFG (1) 8" RED ACRYLIC NUMBER 7 | | | | | | | |
| 20 | CVS3577 | | | | | | 55.00 | 55.00 |

TERMS:                                INVOICE TOTAL



# COLLINS SIGNS

4255 Napier Field Road
Post Office Box 1253
Dothan, Alabama 36302
Telephone (334) 983-8000   Fax (334) 983-1379

** Duplicate *

REMIT TO:

COLLINS SIGNS, INC.
P.O. BOX 830674
BIRMINGHAM, AL 35283-0674

Page: 5

| ORDER # | SHIP # | LOC | SHIP VIA | | COL/PPD | | INVOICE # |
|---|---|---|---|---|---|---|---|
| CVS3745 | 3745 | 10 | | CVSAZ | BILL | | 29793 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| | | CVSAZ | PROJECT #27566 | | | 01/08/2003 |

Sold-to:
SIMAC CONSTRUCTION
ATTN:
15938 BERNARDO CENTER DR
SAN DIEGO, CA 92127 (USA)

Site Loc:
CVS #3745
10727 W OLIVE
PEORIA, AZ 85345 (USA)



| LINE/SEQ # | ITEM NO / DESCRIPTION | LOC | CVS ORDERED / PRICES | SHIPPED / UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|
| | 8" ACRYLIC PLATE LETTERS "6" | | | | | |
| | MFG (1) 8" RED ACRYLIC NUMBER 7 | | | | | |
| 21 | CVS3580 | | | | 55.00 | 55.00 |
| | 8" ACRYLIC PLATE LETTERS "0" | | | | | |
| | MFG (1) 8" RED ACRYLIC NUMBER 0 | | | | | |
| 22 | CVS3580 | | | | 55.00 | 55.00 |
| | 8" ACRYLIC PLATE LETTERS "9" | | | | | |
| | MFG (1) 8" RED ACRYLIC NUMBER 0 | | | | | |
| 23 | CVS3580 | | | | 55.00 | 55.00 |
| | 8" ACRYLIC PLATE LETTERS "9" | | | | | |
| | MFG (1) 8" RED ACRYLIC NUMBER 0 | | | | | |
| 24 | CVS3580 | | | | 55.00 | 55.00 |
| | 8" ACRYLIC PLATE LETTERS "9" | | | | | |
| | MFG (1) 8" RED ACRYLIC NUMBER 0 | | | | | |
| 25 | CVS3571 | | | | 55.00 | 55.00 |

TERMS:                    INVOICE TOTAL



# COLLINS SIGNS

4255 Napier Field Road
Post Office Box 1253
Dothan, Alabama 36302
Telephone (334) 983-8000   Fax (334) 983-1379

** Duplicate *
REMIT TO:
COLLINS SIGNS, INC.
P.O. BOX 830674
BIRMINGHAM, AL 35283-0674

Page: 6

| ORDER # | SHIP # | LOC | SHIP VIA | | COL/PPD | INVOICE |
|---|---|---|---|---|---|---|
| CVS3745 | 3745 | 10 | | CVSAZ | BILL | 29793 |
| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
| | | CVSAZ | PROJECT #27566 | | | 01/08/2003 |

Sold-to:
SIMAC CONSTRUCTION
ATTN:
15938 BERNARDO CENTER DR
SAN DIEGO, CA 92127 (USA)

Site Loc:
CVS #3745
10727 W OLIVE
PEORIA, AZ 85345 (USA)



| SEQ | ITEM NO. / DESCRIPTION | UOM | ORDERED / PRICES | SHIPPED / UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|
| | 8" ACRYLIC PLATE LETTERS "0" | | | | | |
| | MFG (1) 8" RED ACRYLIC NUMBER 1 | | | | | |
| 26 | CVS3891 | | | | 250.00 | 250.00 |
| | 12" BLACK ACRYLIC NUMBERS "10727" | | | | | |
| | MFG (1) SET 12" BLACK ACRYLIC NUMBERS 10727 | | | | | |
| 27 | CVS3891 | | | | 250.00 | 250.00 |
| | 12" BLACK ACRYLIC NUMBERS "10727" | | | | | |
| | MFG (1) SET 12" BLACK ACRYLIC NUMBERS 10727 | | | | | |
| 28 | STD2700 | | | | 163.00 | 163.00 |
| | CRATING / CRATING | | | | | |
| 29 | STD2200 | | | | 2115.00 | 2115.00 |
| | INSTALL | | | | | |
| | TIME AND MATERIAL TO INSTALL BRICK WORK ON MONUMENT SIGNS | | | | | |
| 30 | STD2801 | | | | 5973.00 | 5973.00 |
| | FREIGHT (CARRIER) / FREIGHT | | | | | |

TERMS:                           INVOICE TOTAL ▶



# COLLINS SIGNS

4255 Napier Field Road
Post Office Box 1253
Dothan, Alabama 36302
Telephone (334) 983-8000   Fax (334) 983-1379

** Duplicate *
REMIT TO:
COLLINS SIGNS, INC.
P.O. BOX 830674
BIRMINGHAM, AL 35283-0674

Page: 7

| ORDER # | SHIP | LOC | SHIP VIA | COL/PPD | INVOICE |
|---|---|---|---|---|---|
| CVS3745 | 3745 | 10 | CVSAZ | BILL | 29793 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| | | CVSAZ | PROJECT #27566 | | | 01/08/2003 |

Sold-to:
SIMAC CONSTRUCTION
ATTN:
15938 BERNARDO CENTER DR
SAN DIEGO, CA 92127 (USA)

Site Loc:
CVS #3745
10727 W OLIVE
PEORIA, AZ 85345 (USA)



| LINE SEQ | ITEM NO / DESCRIPTION | UOM | CVS ORDERED | SHIPPED | BACKORDERED | PRICES UNIT | EXTENDED | NET |
|---|---|---|---|---|---|---|---|---|
| 31 | STD2101 PERMITS PERMIT AND ACQUISTION FEES | | | | | | 24203.00 | 24203.00 |
| 32 | STD1101 PROJECT MANAGEMENT ADMINISTRATIVE FEES | | | | | | 800.00 | 800.00 |
| 33 | STD1101 PROJECT MANAGEMENT PROGRAM MANAGEMENT FEES | | | | | | 2625.00 | 2625.00 |

Items Subtotal: 27628.00
Tax: 140.79

TERMS: NET 45

INVOICE TOTAL: 27768.79



# COLLINS SIGNS

4255 Napier Field Road
Post Office Box 1253
Dothan, Alabama 36302
Telephone (334) 983-8000   Fax (334) 983-1379

** Duplicate *

REMIT TO:
COLLINS SIGNS, INC.
P.O. BOX 830674
BIRMINGHAM, AL 35283-0674

Page: 1

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL/PPD | | INVOICE # |
|---|---|---|---|---|---|---|---|
| CVS3264 | 3264 | 10 | | CVSAZ | BILL | | 29835 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| | | CVSAZ | PROJECT #27634 | | | 01/10/2003 |

Sold-to:
SIMAC CONSTRUCTION
ATTN:
15938 BERNARDO CENTER DR
SAN DIEGO, CA 92127 (USA)

Site Loc:
CVS #3264
NEC UNION HILLS & 32ND
PHOENIX, AZ 85001 (USA)





# COLLINS SIGNS

4255 Napier Field Road
Post Office Box 1253
Dothan, Alabama 36302
Telephone (334) 983-8000   Fax (334) 983-1379

** Duplicate *

REMIT TO:

COLLINS SIGNS, INC.
P.O. BOX 830674
BIRMINGHAM, AL 35283-0674

Page: 2

| ORDER | SHIP | LOC | SHIP VIA | | COL/PPD | | INVOICE |
|---|---|---|---|---|---|---|---|
| CVS3264 | 3264 | 10 | | | CVSAZ | BILL | 29835 |
| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | | JOB # | SLS | DATE |
| | | CVSAZ | PROJECT #27634 | | | | 01/10/2003 |

Sold-to:
SIMAC CONSTRUCTION
ATTN:
15938 BERNARDO CENTER DR
SAN DIEGO, CA 92127 (USA)

Site Loc:
CVS #3264
NEC UNION HILLS & 32ND
PHOENIX, AZ 85001 (USA)



| LINE | ITEM NO. / DESCRIPTION | UOM | QTY ORDERED | SHIPPED | BACKORDERED | PRICES UNIT | EXTENDED | NET |
|---|---|---|---|---|---|---|---|---|
| 6 | CVS3571 / 8" ACRYLIC PLATE LETTERS "0" / 8" ACRYLIC "1" | | | | | | 55.00 | 55.00 |
| 7 | CVS3580 / 8" ACRYLIC PLATE LETTERS "9" / 8" ACRYLIC "0" | | | | | | 55.00 | 55.00 |
| 8 | STD2700 / CRATING / CRATING | | | | | | 81.00 | 81.00 |
| 9 | STD2801 / FREIGHT (CARRIER) / FREIGHT | | | | | | 6591.00 | 6591.00 |
| 10 | STD2200 / INSTALL / INSTALL OF (2) 36" CVS/PHARMACY LTRS, (2) 42" CVS/PHARMACY LTRS, DIP CANOPY SIGNS, (1) DIP PANEL, (1) DO/PU PANEL, (1) STR HR BOARD. INSTALLED HANDY BOXES FOR SWITCHES, CHANGED WIRING PER CITY CODE | | | | | | 17785.25 | 17785.25 |
| 11 | STD1101 | | | | | | 800.00 | 800.00 |

TERMS:                    INVOICE TOTAL ➡



# COLLINS SIGNS

4255 Napier Field Road
Post Office Box 1253
Dothan, Alabama 36302
Telephone (334) 983-8000   Fax (334) 983-1379

** Duplicate *
REMIT TO:
COLLINS SIGNS, INC.
P.O. BOX 830674
BIRMINGHAM, AL 35283-0674

Page: 3

| ORDER | SHIP # | LOC. | SHIP VIA | | COL/PPD | | INVOICE # |
|---|---|---|---|---|---|---|---|
| CVS3264 | 3264 | 10 | | | CVSAZ | BILL | 29835 |
| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | | JOB # | SLS | DATE |
| | | CVSAZ | PROJECT #27634 | | | | 01/10/2003 |

Sold-to:
SIMAC CONSTRUCTION
ATTN:
15938 BERNARDO CENTER DR
SAN DIEGO, CA 92127 (USA)

Site Loc:
CVS #3264
NEC UNION HILLS & 32ND
PHOENIX, AZ 85001 (USA)



| LINE SEQ | ITEM NO. DESCRIPTION | UOM | QTY ORDERED | SHIPPED | BACKORDERED | PRICES UNIT | EXTENDED | NET |
|---|---|---|---|---|---|---|---|---|
| | PROJECT MANAGEMENT ADMINISTRATIVE FEES | | | | | | | |
| 12 | STD1101 PROJECT MANAGEMENT PROGRAM MANAGEMENT FEE | | | | | | 3000.00 | 3000.00 |

Items Subtotal: 34859.25
Tax: 72.59

TERMS: NET 45   INVOICE TOTAL ➡ 34931.84



# COLLINS SIGNS

4255 Napier Field Road
Post Office Box 1253
Dothan, Alabama 36302
Telephone (334) 983-8000   Fax (334) 983-1379

** Duplicate *
REMIT TO:
COLLINS SIGNS, INC.
P.O. BOX 830674
BIRMINGHAM, AL 35283-0674

Page: 1

| ORDER | SHIP # | LOC | SHIP VIA | COL/PPD | BILL | INVOICE # |
|---|---|---|---|---|---|---|
| CVS3264 | 3264 | 10 | | CVSAZ | BILL | 29991 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| | | CVSAZ | PROJECT #27634 | | | 01/24/2003 |

Sold-to:
SIMAC CONSTRUCTION
ATTN:
15938 BERNARDO CENTER DR
SAN DIEGO, CA 92127 (USA)

Site Loc:
CVS #3264
NEC UNION HILLS & 32ND
PHOENIX, AZ 85001 (USA)



| LINE/SEQ | ITEM NO / DESCRIPTION | UOM | QTY ORDERED / SHIPPED / BACKORDERED | PRICES UNIT | EXTENDED | NET |
|---|---|---|---|---|---|---|
| 1 | CVS3830 — 12' DF CVS MONU @ 12' OAH BRICK BASE / CUSTOM MONUMENT | | | | 8000.00 | 8000.00 |
| 2 | CVS3830 — 12' DF CVS MONU @ 12' OAH BRICK BASE / CUSTOM MONUMENT | | | | 8000.00 | 8000.00 |
| 3 | STD2700 CRATING / CRATE | | | | 1440.00 | 1440.00 |
| 4 | STD2801 FREIGHT (CARRIER) / FREIGHT | | | | 6531.00 | 6531.00 |
| 5 | STD2200 INSTALL | | | | 3600.00 | 3600.00 |

TERMS:
INVOICE TOTAL



## COLLINS SIGNS

4255 Napier Field Road
Post Office Box 1253
Dothan, Alabama 36302
Telephone (334) 983-8000   Fax (334) 983-1379

** Duplicate *

REMIT TO:
COLLINS SIGNS, INC.
P.O. BOX 830674
BIRMINGHAM, AL 35283-0674

Page: 2

| ORDER # | SHIP | LOC | SHIP VIA | | COL/PPD | INVOICE # |
|---|---|---|---|---|---|---|
| CVS3264 | 3264 | 10 | | CVSAZ | BILL | 29991 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB | SLS. | DATE |
|---|---|---|---|---|---|---|
| | | CVSAZ | PROJECT #27634 | | | 01/24/2003 |

Sold-to:
SIMAC CONSTRUCTION
ATTN:
15938 BERNARDO CENTER DR
SAN DIEGO, CA 92127 (USA)

Site Loc:
CVS #3264
NEC UNION HILLS & 32ND
PHOENIX, AZ 85001 (USA)



INSTALL (2) CUSTOM MONUMENTS

Items Subtotal: 27,571.00
Tax: 1290.56

TERMS: NET 45

INVOICE TOTAL: 28861.56



# COLLINS SIGNS

4255 Napier Field Road
Post Office Box 1253
Dothan, Alabama 36302
Telephone (334) 983-8000   Fax (334) 983-1379

** Duplicate *
REMIT TO:
COLLINS SIGNS, INC.
P.O. BOX 830674
BIRMINGHAM, AL 35283-0674

Page: 1

| ORDER # | SHIP | LOC | SHIP VIA | | COL/PPD | INVOICE |
|---|---|---|---|---|---|---|
| CVS3264 | 3264 | 10 | | CVSAZ | BILL | 30241 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| | | CVSAZ | PROJECT #27634 | | | 02/10/2003 |

Sold-to:
SIMAC CONSTRUCTION
ATTN:
15938 BERNARDO CENTER DR
SAN DIEGO, CA 92127 (USA)

Site Loc:
CVS #3264
NEC UNION HILLS & 32ND
PHOENIX, AZ 85001 (USA)



| LINE | ITEM NO | JOB | QTY ORDERED | SHIPPED | BACKORDERED | | |
|---|---|---|---|---|---|---|---|
| | DESCRIPTION | | | PRICE UNIT | | EXTENDED | NET |
| 1 | STD2200 INSTALL ADDITIONAL T & M TO INSTALL MONUMENT SIGNS | | | | | 964.00 | 964.00 |
| 2 | STD2200 INSTALL INSTALL OF MASONRY BASES | | | | | 2382.00 | 2382.00 |
| 3 | STD2200 INSTALL INSTALL OF FOOTING FOR MASONRY BASES | | | | | 1514.00 | 1514.00 |
| 4 | STD2200 INSTALL FABRICATE AND INSTALL (2) CUSTOM OPEN 24 HOUR BANNERS | | | | | 650.00 | 650.00 |
| 5 | STD2200 INSTALL INSTALL (2) NOW OPEN BANNERS | | | | | 300.00 | 300.00 |

Items Subtotal: 5810.00
Tax:

TERMS: NET 45

INVOICE TOTAL: 5810.00



## COLLINS SIGNS

4255 Napier Field Road
Post Office Box 1253
Dothan, Alabama 36302
Telephone (334) 983-8000   Fax (334) 983-1379

** Duplicate *

REMIT TO:
COLLINS SIGNS, INC.
P.O. BOX 830674
BIRMINGHAM, AL 35283-0674

Page: 1

| ORDER # | SHIP # | LOC | SHIP VIA | | COL/PPD | BILL | INVOICE |
|---|---|---|---|---|---|---|---|
| CVS3745 | 3745 | 10 | | | CVSAZ | BILL | 30246 |
| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER | JOB # | SLS | | DATE |
| | | CVSAZ | PROJECT #27566 | | | | 02/10/2003 |

Sold-to:
SIMAC CONSTRUCTION
ATTN:
15938 BERNARDO CENTER DR
SAN DIEGO, CA 92127 (USA)

Site Loc:
CVS #3745
10727 W OLIVE
PEORIA, AZ 85345 (USA)



| LINE | ITEM NO | DESCRIPTION | UOM | QTY ORDERED | SHIPPED | BACKORDERED | |
|---|---|---|---|---|---|---|---|
| | | | PRICES | UNIT | EXTENDED | NET | |
| 1 | STD2200 | INSTALL | | | 400.00 | 400.00 | |
| | | INSTALL (2) NOW OPEN BANNERS | | | | | |

Items Subtotal: 400.00
Tax:

TERMS: NET 45   INVOICE TOTAL: 400.00