IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

2005 JUL -8 A 9: 56

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

| | |
|---|---|
| CUMMINGS INCORPORATED, THE INTERNATIONAL SIGN SERVICE, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 1:05cv637-T |
| SIMAC CONSTRUCTION INCORPORATED, ) ) ) | |
| Defendant. ) | |

## MOTION FOR ADMISSION PRO HAC VICE

In accordance with Local Rule 83.1 of the United States District Court for the Middle District of Alabama, William C. Carn, III, a member of the Bar of this Court, respectfully moves for the admission *pro hac vice* of Robb S. Harvey and Derek W. Edwards for the purpose of litigation in this Court as lead counsel for Plaintiff, Cummings Incorporated, The International Sign Service.

Robb S. Harvey, an attorney with the law firm of Waller, Lansden, Dortch & Davis PLLC, 511 Union Street, Suite 2700, Nashville, Tennessee 37219, Telephone: (615) 244-6380, Facsimile: (615) 244-6804, is a member in good standing of the Bar of the United States District Courts for the Middle District of Tennessee, the Eastern District of Tennessee, the Western District of Tennessee, and the Eastern District of Michigan and the United States Court of Appeals for the Sixth Circuit. A Certificate of Good Standing for Mr. Harvey from the United States District Court for the Middle District of Tennessee is attached hereto and the appropriate fee is being submitted to the Clerk concurrently with the filing of this Motion..

1123919.1

Derek W. Edwards, an attorney with the law firm of Waller, Lansden, Dortch & Davis PLLC, 511 Union Street, Suite 2700, Nashville, Tennessee 37219, Telephone: (615) 244-6380, Facsimile: (615) 244-6804, is a member in good standing of the Bar of the United States District Courts for the Middle District of Tennessee, the Eastern District of Tennessee, the Western District of Tennessee, and the Central District of California and the United States Court of Appeals for the Sixth Circuit and the Ninth Circuit. A Certificate of Good Standing for Mr. Edwards from the United States District Court for the Middle District of Tennessee is attached hereto and the appropriate fee is being submitted to the Clerk concurrently with the filing of this Motion.

WHEREFORE, the undersigned requests that this Motion for Admission *Pro Hac Vice* be granted.

Respectfully submitted,

_____
William C. Carn, III
LEE & McINISH, P.C.
238 West Main Street
Dothan, AL 36302
Telephone: (334) 792-4156
Facsimile: (334) 794-8342
E-mail: wcarn@leeandmcinish.com

Attorneys for Plaintiff Cummings Incorporated, The International Sign Service

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by placing a copy of the same in first-class U.S. mail, postage prepaid, addressed to the following address: Officer or Managing Agent, SIMAC CONSTRUCTION INCORPORATED, 2067 Wineridge Place, Suite A, Escondido, CA 92029.

_____
Counsel for Cummings Incorporated, The International Sign Service

1123919.1