

## CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

} ss.

MIDDLE DISTRICT OF TENNESSEE

I, **KEITH THROCKMORTON**, Clerk of the United States District Court for the Middle District of Tennessee,

DO HEREBY CERTIFY That **ROBB S. HARVEY** was duly admitted to practice in said Court on **August 15, 1986** and is in good standing as a member of the bar of said Court.

Dated at Nashville, Tennessee on



KEITH THROCKMORTON, CLERK

By *Angie Brewer*
Deputy Clerk