

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**

} ss.

**MIDDLE DISTRICT OF TENNESSEE**

I, **KEITH THROCKMORTON**, Clerk of the United States District Court for the Middle District of Tennessee,

DO HEREBY CERTIFY that **DEREK W. EDWARDS** was duly admitted to practice in said Court on **December 6, 2001**, and is in good standing as a member of the bar of said Court.

Dated at Nashville, Tennessee on July 5, 2005



KEITH THROCKMORTON, CLERK

By *Robbie Mulliken*
Deputy Clerk