IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CUMMINGS INCORPORATED,<br>THE INTERNATIONAL SIGN SERVICE,<br><br>    Plaintiff,<br><br>v.<br><br>SIMAC CONSTRUCTION<br>   INCORPORATED,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   Case No. _____<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE**

This matter having come before the Court pursuant to the Motion for Admission *Pro Hac Vice,* and the Court having been fully advised in the premises,

IT IS HEREBY ORDERED on this the \_\_\_\_\_ day of _____, 2005 that Robb S. Harvey and Derek W. Edwards are granted admission *pro hac vice* and shall be permitted to participate as counsel in the action.

 

_____
United States District Judge
Middle District of Alabama

cc:    Counsel of Record

1123919.1