✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

CUMMINGS INCORPORATED, THE
INTERNATIONAL SIGN SERVICE,
Plaintiff,
V.
SIMAC CONSTRUCTION INCORPORATED,
Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:05cv637

TO: (Name and address of Defendant)

SIMAC CONSTRUCTION INCORPORATED
c/o Officer of Managing Agent
2067 Wineridge Place, Suite A
Escondido, CA 92029

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William C. Carn, III
LEE & McINISH, P.C.
238 West Main Street
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

(By) DEPUTY CLERK

DATE 7/12/05