IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CUMMINGS INCORPORATED, ) <br> THE INTERNATIONAL SIGN ) <br> SERVICE, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SIMAC CONSTRUCTION ) <br> INCORPORATED, ) <br> ) <br>     Defendant. ) | CIVIL ACTION NO. 1:05cv637-T |

# ORDER ON MOTION

Upon consideration of the Motion for Admission Pro Hac Vice (Doc. #2) filed on 8 July 2005, and it appearing that ROBB S. HARVEY, ESQ. and DEREK W. EDWARDS, ESQ., are members in good standing of the United States District Court for the Middle District of Tennessee, it is

ORDERED that the motion be and the same is hereby GRANTED.

DONE this 18th day of July, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE