IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| CUMMINGS INCORPORATED, <br> The International Sign Service, <br> <br> Plaintiff, <br> <br> vs. <br> <br> SIMAC CONSTRUCTION, INC., <br> <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. <br> <br> 1:05cv637-T |

REPORT OF PARTIES' PLANNING MEETING

1.  Meeting.

    Pursuant to Fed. R. Civ. P. 26(f), a conference was conducted on *August 30, 2005* involving the following:

    FOR THE PLAINTIFF:

    William C. Carn, III
    LEE & MCINISH, P.C.
    P. O. Box 1665
    Dothan, AL 36302

    And

    Derek W. Edwards
    WALLER, LANSDEN, DORTCH & DAVIS
    511 Union Street, Suite 2700
    Nashville, TN 37219

    FOR THE DEFENDANT:

    Daniel Talmadge
    MORRIS, CARY, ANDREWS, TALMADGE & JONES, LLC
    3334 Ross Clark Circle
    Dothan, AL 36303

2.  Pre-discovery Disclosures.

    The parties will exchange by *October1, 2005* the information required by Fed. R. Civ. P. 26(a)(1).

3. **Discovery Plan**.

All discovery shall be completed by *June 1, 2006,* except that all written discovery shall be served upon the responding party not later than *April 1, 2006.*

Supplemental disclosures pursuant to Rule 26(e) shall be served by *April 1, 2006.* Supplemental disclosures regarding experts shall comply with Rule 26(e).

The number of interrogatories, requests for production, and requests for admission are limited as provided by the Federal Rules of Civil Procedure.

Based upon past experience, these attorneys suggest to the court that no limit on the number or length of depositions will be required.

Reports from retained experts under Rule 26(a)(2) are due from the plaintiff, by *February 1, 2006*, and from the defendant, by *April 1, 2006*.

All amendments to the pleadings shall be filed by *May 1, 2006.*

Mediation, if requested, to be concluded by *May 1, 2006.*

Potentially dispositive motions shall be due ninety (90) days prior to pretrial.

4. **Other Items**.

The parties do not request a conference with the court prior to entry of the Uniform Scheduling Order.

The parties request a pretrial conference in accordance with the court's practice.

Trial witness and exhibit disclosure shall be as established in the Uniform Scheduling Order.

*/s/ William C. Carn, III*
William C. Carn, III
Attorney for Plaintiff

Of Counsel:
LEE & MCINISH, P.C.
P.O. Box 1665
Dothan, AL 36302

*/s/ Derek W. Edwards*
Derek W. Edwards
Attorney for Plaintiff

Of Counsel:
WALLER, LANSDEN, DORTCH & DAVIS
511 Union Street, Suite 2700
Nashville, TN 37219

                                                       */s/ Daniel Talmadge*
                                                       Daniel Talmadge
                                                       Attorney for Defendant

Of Counsel:
MORRIS, CARY, ANDREWS, TALMADGE & JONES
3334 Ross Clark Circle
Dothan, AL 36303