IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

CUMMINGS INCORPORATED,       )
THE INTERNATIONAL SIGN SERVICE, )
                                  )
       Plaintiff,             )
                                  )
v.                                )     Case No.:  1:05 CV 637
                                  )
SIMAC CONSTRUCTION        )
INCORPORATED,             )
                                  )
       Defendant.           )

### DEFENDANT'S MOTION FOR EXTENSION OF DISPOSITIVE MOTION DEADLINE

Defendant SIMAC Construction, Inc. (hereinafter "defendant") moves the Court for an extension of the dispositive motion deadline on the following grounds:

1.     By order dated February 21, 2006, the Court set the trial of this case for September 11, 2006 and pre-trial for August 4, 2006 with all deadlines expressly tied to these two dates adjusted accordingly.

2.     Pursuant the Uniform Scheduling Order dispositive motions are due 90 days before the pre-trial hearing or May 6, 2006.

3.     Counsel for the parties have recently been involved in discussions concerning the potential settlement of this case and are currently attempting to gather and exchange documents which my aid in settlement.

4.     The parties need additional time to gather documents and explore settlement possibilities.

5.      The defendant has contemplated filing either a motion to dismiss or a motion for summary judgment on the issue of personal jurisdiction and may or may not file such a motion in the event the case cannot be settled.

6.      The defendant wishes to avoid the legal expenses associated with filing dispositive motions while settlement is being explored.

7.      Furthermore, defendant's counsel was informed for the first time this morning that his wife is being induced and will give birth to his fourth child on Friday, May 5, 2006.  The due date for counsel's wife was previously either May 11 or 13, 2006.

8.      Defendant's counsel has an appellate brief due in the Alabama Court of Civil Appeals on May 11, 2006.  Because the delivery date has been moved up, the appellate brief will need to be completed this week.  Counsel does not have sufficient time to complete a both a potential dispositive motion and brief in this case and an appellate brief in another case before Friday.

9.      Before filing this motion, the undersigned has conferred with opposing counsel and opposing counsel does not oppose this motion.

WHEREFORE the defendant respectfully requests that the Court enter an Order extending the dispositive motion deadline by an additional thirty days.

/s/ Dan Talmadge_____
Dan Talmadge
Bar Number:  ASB 8932-M37J
Attorney for Plaintiff
MORRIS, CARY, ANDREWS,
TALMADGE & JONES, LLC
Post Office Box 1649
Dothan, Alabama 36302
Tel:  (334) 792-1420
Fax:  (334) 673-0077
E-mail:  dtalmadge@mcatlaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I have on this the 3rd day of May 2006, mailed a copy of the foregoing, properly addressed and postage prepaid to the following:

Bill Carn, Esquire
LEE & McINISH, P.C.
238 West Main Street
Dothan, Alabama 36302

Derek Edwards
WALLER LANSDEN
511 Union Street
Suite 2700
Nashville, Tennessee 37219-8966


/s/ Dan Talmadge_____
Dan Talmadge