IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
CUMMINGS INCORPORATED, The )
International Sign Service, )
                             )
     Plaintiff,              )
                             )    CIVIL ACTION NO.
     v.                      )    1:05cv637-MHT
                             )
SIMAC CONSTRUCTION           )
INCORPORATED,                )
                             )
     Defendant.              )
```

ORDER

It is ORDERED that the motion for extension of dispositive-motion deadline (Doc. No. 11) is granted and that the dispositive-motion deadline is extended to May 19, 2006.

DONE, this the 5th day of May, 2006.

                                    /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE