**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
CLERK

TELEPHONE:
334 954-3600

August 21, 2006

# N O T I C E

TO:  ALL COUNSEL OF RECORD:

You are hereby notified that the jury list and juror profiles for the term of court beginning on September 11, 2006, before Judge Myron Thompson will be available at 3:30 P.M. on Friday, September 8, 2006, in the Jury Assembly Room, Jury Administrator's Office (ROOM B-108), first floor, Frank M. Johnson, Jr. Courthouse Complex, One Church Street, Montgomery, Alabama. The Court instructs counsel that the profiles are **CONFIDENTIAL DOCUMENTS** and should be treated as such. Counsel may carry the jury profiles to their office but no copies of the profiles shall be made or retained by counsel. Counsel **MUST** return **ALL** profiles to the Courtroom Deputy on the morning of jury selection.

If the jury list and profiles are not picked up on September 8, 2006, they will be available at 8:30 A.M. on the morning of jury selection in the courtroom designated for jury selection that day.