IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CUMMINGS INCORPORATED, THE INTERNATIONAL SIGN SERVICE, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:05cv637-T ) |
| SIMAC CONSTRUCTION INCORPORATED, | ) ) ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

**COMES NOW** Plaintiff Cummings Incorporated, The International Sign Service ("Cummings"), and Defendant Simac Construction Incorporated ("Simac"), by and through undersigned counsel, and would show the Court that the matters in controversy between them in this action have been settled or otherwise compromised, and that this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

1257439.1

**AGREED FOR ENTRY BY**:

By: /s/ Derek W. Edwards

    Robb S. Harvey (Tenn. BPR #11519) (*pro hac vice*)
    rharvey@wallerlaw.com
    Derek W. Edwards (Tenn. BPR #21455) (*pro hac vice*)
    derek.edwards@wallerlaw.com
    WALLER LANSDEN DORTCH & DAVIS, LLP
    511 Union Street, Suite 2700
    Nashville, Tennessee 37219-8966
    Telephone: (615) 244-6380
    Facsimile: (615) 244-6804

    William C. Carn, III
    wcarn@leeandmcinish.com
    LEE & McINISH, P.C.
    238 West Main Street
    Dothan, Alabama 36302
    Telephone: (334) 792-4156
    Facsimile: (334) 794-8342

*Attorneys for Cummings Incorporated, The International Sign Service*


By: /s/ Daniel Talmadge
    Daniel Talmadge (ASB 8932-M37J)
    dtalmadge@mcatlaw.com
    MORRIS CARY ANDREWS TALMADGE & JONES, LLC
    3334 Ross Clark Circle
    Dothan, Alabama 36303
    Telephone: (334) 792-1420
    Facsimile: (334) 673-0077

*Attorneys for Simac Construction Incorporated*

1257439.1